IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DONTA JENKINS,

                Plaintiff,

v.

SGT FIELDS, SGT KASTEL, J.O. REISCHEL,
J.O. TURNER, J.O. POLLARD, J.O. BERGEVIN,
SHARON BESTERFELDT, DR. KENECHI ANULIGO,
KELSEY SIVERLING, ANNMARIE GEISS and
DENISE HURLESS,

                Defendants.

ORDER

18-cv-412-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Pro se plaintiff Donta Jenkins is proceeding on claims that correctional staff at the Eau Claire County jail subjected him to unconstitutional conditions of confinement and that mental health staff at the jail denied him treatment and medication for a mood disorder. On July 22, 2019, the correctional staff defendants and the mental health staff defendants filed motions for summary judgment. Dkt. ##90 and 105. Plaintiff requested two extensions of his deadline for responding to the motions, and was granted one extension on August 30, 2019. Dkt. 118. Plaintiff had until September 30, 2019 to do one of two things: (1) have an attorney file a notice of appearance on his behalf; or (2) file his response to defendants' motions. Plaintiff has failed to respond. His failure to respond suggests that he may have lost interest in pursuing his case and no longer intends to prosecute it.

      I will give plaintiff one more opportunity to submit a substantive response to defendants' motions for summary judgment. If he fails to do so by the new deadline, I will

1

dismiss this case with prejudice under Rule 41 of the Federal Rules of Civil Procedure for plaintiff's failure to prosecute.

ORDER

IT IS ORDERED that plaintiff Donta Jenkins may have until October 17, 2019 to file a response to defendants' motion for summary judgment. If plaintiff does not respond by that date, I will dismiss this case with prejudice under Fed. R. Civ. P. 41 for plaintiff's failure to prosecute it.

Entered this 7th day of October, 2019.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge