IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DONTA JENKINS,

                                              ORDER

                Plaintiff,

                                            18-cv-412-bbc

    v.

SGT FIELDS, SGT KASTEL, J.O. REISCHEL,
J.O. TURNER, J.O. POLLARD, J.O. BERGEVIN,
SHARON BESTERFELDT, DR. KENECHI ANULIGO,
KELSEY SIVERLING, ANNMARIE GEISS and
DENISE HURLESS,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pro se plaintiff Donta Jenkins's response to defendants' motions for summary judgment was due on September 30, 2019. Because plaintiff did not file a response by that deadline, I gave him until October 17, 2019 to submit a response and warned him that if he failed to respond by the new deadline, I would dismiss his case with prejudice under Federal Rule of Civil Procedure 41 for his failure to prosecute. Dkt. #119. The deadline has passed, and the court has received nothing from plaintiff. Accordingly, I am dismissing this case with prejudice for plaintiff's failure to prosecute. James v. McDonald's Corp., 417 F.3d 672, 681 (7th Cir. 2005) ("A district court has the authority under Federal Rule of Civil Procedure 41(b) to enter a sua sponte order of dismissal for lack of prosecution.").

ORDER

IT IS ORDERED that plaintiff Donta Jenkins's claims are DISMISSED WITH

PREJUDICE for his failure to prosecute them. The clerk of court is directed to enter judgment for defendants and close this case.

Entered this 24th day of October, 2019.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge