IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONTA JENKINS,

    Plaintiff,

v.

Case No. 18-cv-412-bbc

SGT FIELDS, SGT KASTEL,
J.O. REISCHEL, J.O. TURNER,
J.O. POLLARD, J.O. BERGEVIN,
J.O. ALTMAN, J.O. BORGARO, CAPTAIN
BRESINA, SHERIFF RON CRAMER,
SHARON BESTERFELDT,
DR. KENECHI ANULIGO, KELSEY M.
SIVERLING, CORRECT CARE
SOLUTIONS, ANN MARIE GEISS, AND
DENISE HULESS,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 10/24/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |